UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAQUAWN T. STEVENSON,

                Plaintiff,

-against-

SHANIQUA QUICK; B. BROWN,

                Defendants.

24-cv-6087 (LTS)

CIVIL JUDGMENT

For the reasons stated in the December 16, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   December 18, 2024
           New York, New York

                                            /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                            Chief United States District Judge